# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00525-CV

**Austin 1825 Fortview, Inc., Appellant**

**v.**

**Travis County, Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN300127, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Austin 1825 Fortview, Inc. has notified this Court that it no longer wishes to pursue this cause of action against Travis County, Texas. We dismiss this appeal. Tex. R. App. P. 42.1(a)(1).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   January 11, 2005